# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**NERMINE HANNA** as Trustee of the
**68 YACHT CLUB LAND TRUST,**
Appellant,

v.

**MORTGAGE ASSETS MANAGEMENT, LLC,**
Appellee.

No. 4D2025-0423

[January 15, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Richard L. Oftedal, Judge; L.T. Case No. 50-2023-CA-016138.

James R. Ackley of Law Offices of James R. Ackley, P.A., West Palm Beach, for appellant.

Robert R. Edwards and David Rosenberg of Robertson, Anschutz, Schneid, Crane & Partners, PLLC, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CONNER and LOTT, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***